**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

| In re: ANDREO RICARDO WILSON<br>SAMANTHA JEAN WILSON<br><br>Debtor(s) | CASE NO. 11-61460<br><br>CHAPTER 13 |
|---|---|

### ORDER ON MODIFIED/AMENDED CHAPTER 13 PLAN AND NOTICE OF HEARING

The debtor, having filed a modified/amended plan herein, it is

**ORDERED:**

and notice is hereby given, that written objections to the modified/amended plan are to be filed with the Clerk of this Court at the address shown below, with a copy to the debtor, attorney for the debtor, if any, and the trustee, no later than seven (7) days before the date noted below for the confirmation hearing or twenty-eight (28) days after the date of counsel's service of this Order and Notice, whichever is later.

Hearing on confirmation of the modified/amended plan and any timely objections filed will be conducted on **OCTOBER 20, 2011 at 9:30 A.M.**, at U.S. COURTHOUSE, COURTROOM 210, 1101 COURT STREET, LYNCHBURG, VIRGINIA.

Counsel for the debtor shall serve a copy of the modified/amended plan and this Order and Notice to all creditors, the trustee, and any and all interested parties within seven (7) days of the date of this order and **certify to the Clerk of this Court and the trustee the manner in which service has been made.**

Entered:   September 8, 2011

WILLIAM E. ANDERSON, JUDGE

Clerk, U.S. Bankruptcy Court
1101 Court St., Room 166
Lynchburg, VA 24504

### CERTIFICATE OF SERVICE

I, the undersigned, certify that a copy of the within Order and Notice, along with the Proposed Modified/Amended Plan, were mailed to all creditors and interested parties.

Dated:   9/9/11

Counsel for the Debtor

ohapa.frm